# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA EASON, MEGHAN PARKER, NATIONAL FEDERATION OF THE BLIND, and the CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK,<br><br>                               Plaintiffs,<br><br>     v.<br><br>NEW YORK STATE BOARD OF ELECTIONS, NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, TODD D. VALENTINE and ROBERT BREHM, in their official capacities as Co-Executive Directors of the Board of Elections, THERESA EGAN, in her official capacity as Executive Deputy Commissioner of the Department of Motor Vehicles, and GREGORY J. KLINE, in his official capacity as Deputy Commissioner for Administration of the Department of Motor Vehicles,<br><br>                            Defendants. | CIVIL ACTION NO. 1:16-cv-04292 |

## PLAINTIFF EVA EASON'S
## <u>SECOND INTERROGATORIES</u>

TO:        Defendants New York State Board of Elections and New York State Department of Motor Vehicles

FROM:    Plaintiff Eva Eason

      PLEASE TAKE NOTICE that, pursuant to Rules 26 and 33 of the Federal Rules of Civil

Procedure, as well as Local Civil Rules 26.3 and 33.3 of the Southern District of New York,

Plaintiff Eva Eason, by her attorneys, propounds the following interrogatories to be answered by

Defendants, under oath.  The information provided in response to these interrogatories must be

given under oath whether it is secured by you, your agent, servant, representative, or attorney, or

any other person who has made this information known to you or from whom you can obtain this information and who is competent to testify as to the facts stated.

Defendants are required to serve written responses within thirty (30) days of service hereof.  In answering these interrogatories, Defendants are requested to furnish all information, including hearsay, in possession of Defendants' attorneys, agents, investigators, employees, independent contractors, and all other persons acting on behalf of Defendants, and not merely information known by personal knowledge of the person answering these interrogatories.  A response to one interrogatory or part of an interrogatory may be incorporated by reference into a response to another interrogatory or parts thereof.  These interrogatories are continuing requests and require production of information discovered or prepared after your initial responses to these interrogatories.

## DEFINITIONS

1.      "Defendant," "Board of Elections," "Department of Motor Vehicles," "You," or "Your" refers to Defendant New York State Board of Elections and Defendant New York State Department of Motor Vehicles, respectively, including all predecessors and/or successors, parents, subsidiaries, divisions, and related or affiliated organizations, as well as any past or present member, director, officer, agent, employee, counsel, investigator, or any other person or entity (apparently or actually) representing or acting for or on its behalf.

## INTERROGATORIES

**INTERROGATORY NO. 9**

State all facts that you contend support Defendants' Affirmative Defense No. 1.

**INTERROGATORY NO. 10**

State all facts that you contend support Defendants' Affirmative Defense No. 2.

**INTERROGATORY NO. 11**

State all facts that you contend support Defendants' Affirmative Defense No. 3.

**INTERROGATORY NO. 12**

State all facts that you contend support Defendants' Affirmative Defense No. 4, including

but not limited to: fundamental alteration, undue administrative and/or financial burden or

hardship, and feasibility.


Dated:  July 21, 2017
        New York, New York

_____
Christina Brandt-Young
Disability Rights Advocates
675 Third Avenue, Suite 2216
New York, NY 10017
(212) 644-8644, ext. 305
cbrandt-young@dralegal.org

Susan Mizner
Claudia Center
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
smizner@aclu.org
ccenter@aclu.org

Daniel Goldstein
Jessie Weber
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
(410) 962-1030
(443) 923-1314 (direct dial)
dfg@browngold.com
jweber@browngold.com

Stuart Seaborn
Disability Rights Advocates

3

2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
(510) 665-8644
sseaborn@dralegal.org

Attorneys for Plaintiffs