**CLAUDIA CENTER**
*DISABILITY RIGHTS PROGRAM*
*SENIOR STAFF ATTORNEY*



California Office
39 Drumm Street
San Francisco, CA 94111
p. (415) 343-0762
f. (415) 395-0950
ccenter@aclu.org

National Office
125 Broad Street, 18th Floor
New York, NY 10014
(212) 549-2660
aclu.org

December 18, 2017

Honorable Katherine B. Forrest
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: *Eason et al. v. New York State Board of Elections, et al.* No. 16-cv-04292 (S.D.N.Y) (KBF)

Dear Judge Forrest:

We represent Plaintiffs in the above-referenced matter. We write to correct a statutory citation that appears in papers we have filed in support of Plaintiffs' motion for summary judgment.

The corrected citation is 18 U.S.C. § 2721 (not 18 U.S.C. § 1771). The incorrect citation appears as follows:

- Plaintiffs' Responses to Defendants' Rule 56.1 Statement, ECF No. 169-1, p. 13

- Reply Memorandum in Support of Plaintiffs' Motion for Summary Judgment, ECF No. 177, pp. ii (Table of Authorities), 12 n. 6

Thank you for your attention, and we apologize for the error.

Sincerely,

Claudia Center