IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EVA EASON, MEGHAN PARKER,
NATIONAL FEDERATION OF THE
BLIND, and the CENTER FOR
INDEPENDENCE OF THE DISABLED,
NEW YORK,

    Plaintiffs,

    v.

NEW YORK STATE BOARD OF
ELECTIONS, NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,
TODD D. VALENTINE and ROBERT
BREHM, in their official capacities as Co-
Executive Directors of the Board of
Elections, THERESA EGAN, in her official
capacity as Executive Deputy Commissioner
of the Department of Motor Vehicles, and
GREGORY J. KLINE, in his official
capacity as Deputy Commissioner for
Administration of the Department of Motor
Vehicles,

    Defendants.

**CIVIL ACTION NO. 1:16-cv-04292**

**PLAINTIFFS' NOTICE OF MOTION IN LIMINE REGARDING THE EXPERT AND REBUTTAL REPORTS OF JONATHAN AVILA**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Christina Brandt-Young (and the exhibits thereto), and all the papers and proceedings had herein, Plaintiffs submit this Motion in Limine Regarding the Expert and Rebuttal Reports of Jonathan Avila.

Dated: May 2, 2018
      New York, New York

Respectfully submitted,

*/s/ Christina Brandt-Young*

---

| | |
|---|---|
| Christina Brandt-Young<br>Disability Rights Advocates<br>655 Third Avenue, 14th Floor<br>New York, NY 10017<br>(212) 644-8644, ext. 305<br>cbrandt-young@dralegal.org | Stuart Seaborn<br>Monica Porter<br>Disability Rights Advocates<br>2001 Center Street, Fourth Floor<br>Berkeley, CA 94704<br>(510) 665-8644<br>sseaborn@dralegal.org<br>mporter@dralegal.org |
| Susan Mizner<br>Claudia Center<br>American Civil Liberties Union<br>    Foundation<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 343-0762<br>smizner@aclu.org<br>ccenter@aclu.org | Jessica P. Weber<br>Brown, Goldstein & Levy, LLP<br>120 E. Baltimore St., Suite 1700<br>Baltimore, MD 21202<br>(410) 962-1030<br>jweber@browngold.com |

*Attorneys for Plaintiffs*