UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA EASON, ET AL.,<br>　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>NEW YORK STATE BOARD OF ELECTRONS, ET AL.,<br>　　　　　　　　　Defendants. | 16-CV-4292 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: January 3, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　United States District Judge